# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cv-276-MOC
# (3:12-cr-70-MOC-1)

| | |
|---|---|
| **LOUIS DANIEL MISENHEIMER, JR.,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

UPON MOTION of the United States, (Doc. No. 5), to hold this action in abeyance until the Fourth Circuit renders a decision in <u>United States v. Thompson</u>, No. 15-4685,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 5), is **GRANTED**. The Government shall have 60 days following the decision in <u>Thompson</u> to file its response to Petitioner's motion to vacate.

Signed: November 22, 2016

Max O. Cogburn Jr.
United States District Judge